**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-00003-REB-BNB

MYA ADAMS,
CODY ANDERSON,
STEPHANIE AUTRY
ROSINA BARRERA,
YVETTE BELUE,
SHAMEKA BROWN,
BARRY COX,
FATOUMATA DIALLO,
MICHAEL DINWIDDIE,
HECTOR DOMINGUEZ,
JESSE DOSHAY,
CENAE FOX,
JUDITH FROHMADER,
BEVERLY HAWKINS,
ELIJAH HAWKINS,
NATALIE HETHERINGTON,
KATHERINE HICKS,
GREGORY HOOD,
SHANNA HUNT,
MATTHEW LAXSON,
ARDITH LEOS,
KIARA LIVINGSTON,
KATHLEEN LUCERO
BRIGETTE MARTINEZ,
MICHAEL MATHERSON,
YALONDA MOORE,
KARLICE MORRIS,
JERERMY PARR,
NORMA REHNKE,
SUZANNE SALAZAR,
NICOLE SHEER,
CASONDRA STERRETT,
SHANNON STURGEN,
YLONDA WALKER,
JUANITA WILLIAMS,
ALBERT WOODS,
STEVEN WYATT, and
TIFFANY WYNN,

       Plaintiffs,

v.

APARTMENT INVESTMENT AND MANAGEMENT COMPANY,
AIMCO PROPERTIES,LP., and
AIMCO BETHESDA HOLDINGS, INC.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation To Dismiss** [#29] filed September 16, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation To Dismiss** [#29] filed September 16, 2009, is **APPROVED**; and

    2.  That this action is **DISMISSED WITH PREJUDICE**.

    Dated September 16, 2009, at Denver, Colorado.

                                            BY THE COURT:

                                            */s/ Robert E. Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge